UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
.................................................................................................
EFRAIN MUNIZ,

                              Plaintiff,

            v.                                    9:04-CV-0479
                                                                         [TJM][GHL]

GLENN S. GOORD; LESTER WRIGHT;
JUSTIN TAYLOR,

                              Defendants.
.................................................................................................
APPEARANCES:                          OF COUNSEL:

FOR THE PLAINTIFF:

EFRAIN MUNIZ
Plaintiff, pro se
80-A-0959
Gouverneur Correctional Facility
P.O. Box 480
Gouverneur, NY 13642

FOR THE DEFENDANTS:

HON. ELIOT SPITZER                STEVEN H. SCHWARTZ, Esq.
Office of Attorney General             Assistant Attorney General
Department of Law
The Capitol
Albany, NY 12224

THOMAS J. MCAVOY, SENIOR DISTRICT JUDGE

## ORDER

     Presently before this Court is a letter from plaintiff requesting dismissal of this action, without prejudice, due to a variety of reasons including his illness. *See* docket no. 19.

     The defendants have advised the Court that they "consent to the dismissal of this case, without prejudice". *See* docket no. 21.

Since defendants have not opposed plaintiff's request for voluntary dismissal, the Court hereby orders that this action be dismissed, as requested by Muniz.

**WHEREFORE**, based upon the above, it is hereby

**ORDERED**, that this action be dismissed pursuant to Plaintiff's request (docket no. 19), without prejudice, and it is further

**ORDERED**, that the Clerk serve a copy of this Order on the parties by regular mail.

**IT IS SO ORDERED**.

Dated: June 13, 2005

Thomas J. McAvoy
Senior, U.S. District Judge